IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GARRY MEDLIN )
 ) No. 3-10-0654
v. )
 )
HONEYWELL ANALYTICS, INC. )

O R D E R

By order entered August 31, 2010 (Docket Entry No. 9), the motion of plaintiff's counsel to withdraw (Docket Entry No. 8), was granted and the plaintiff was given until September 30, 2010, to obtain new counsel, who was directed to enter a Notice of Appearance, or the plaintiff will be considered as proceeding pro se (without a lawyer).

As a result, the initial case management conference, rescheduled by order entered August 12, 2010 (Docket Entry No. 7), on September 16, 2010, is CANCELLED, and will be rescheduled if the plaintiff obtains counsel.

The plaintiff is advised, as he was in the August 12, 2010, order, that he must serve the defendant with the summons and copy of the complaint by November 7, 2010, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Unless that time is extended for good cause shown, the plaintiff's claims in this case will be subject to dismissal if the defendant has not been served with process by November 7, 2010.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge