IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GARRY MEDLIN )
) No. 3-10-0654
v. )
)
HONEYWELL ANALYTICS, INC. )

O R D E R

Now that counsel has entered an appearance for the plaintiff, a case management conference is scheduled on **Tuesday, March 29, 2011, at 2:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge