IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GARRY MEDLIN )
) No. 3-10-0654
v. )
)
HONEYWELL ANALYTICS, INC. )

O R D E R

In accord with the order entered March 14, 2011 (Docket Entry No. 26), a case management conference was held on March 29, 2011, at which time the following matters were addressed:

1. The time for the plaintiff to serve responses to the defendant's outstanding written discovery is extended to April 11, 2011.

2. The plaintiff shall serve initial disclosures in accord with Rule 26(a)(1) of the Federal Rules of Civil Procedure by April 28, 2011.[1]

3. The December 20, 2010, deadline for filing any motions to amend the pleadings is extended to June 1, 2011.

4. The parties do not anticipate significant discovery of electronically stored information, and are therefore exempted from the provisions of Administrative Order No. 174, entitled "Default Standard for Discovery of Electronically Stored Information ('E-Discovery')," entered July 9, 2007.

5. The April 15, 2011, deadline for completion of all discovery is extended to October 3, 2011.

6. The April 15, 2011, deadline for filing any discovery motion is extended to October 3, 2011.

---

[1] The defendant has already served initial disclosures.

7. The May 9, 2011, deadline for filing any dispositive motion is extended to November 3, 2011. Any response shall be filed within 29 days of the filing of the response or by December 2, 2011, if the motion is filed on November 3, 2011. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by December 16, 2011, if the response is filed on December 2, 2011.

No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable Todd J. Campbell, Chief Judge.

No party shall file more than one Rule 12 motion to dismiss or more than one Rule 56 motion for summary judgment.

There shall be no stay of discovery before the October 3, 2011, deadline for completion of discovery even if a dispositive motion is filed prior thereto.

In light of the above deadlines, it is recommended that a jury trial be scheduled no earlier than March 20, 2012. The parties estimate that the trial will last 3-4 days.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge